UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAY LUCAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:13-CV-1057-G (BH) |
| OCWEN HOME LOAN SERVICING, | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Accordingly, by separate judgment, defendants Mortgage Electronic Registration Systems, Inc., Reconstruct, and Federal National Mortgage Association will be *sua sponte* **DISMISSED** as improperly joined defendants.

**SO ORDERED**.

November 26, 2013.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**