UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAY LUCAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:13-CV-1057-G (BH) |
| OCWEN HOME LOAN SERVICING, | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the

findings, conclusions, and recommendation of the United States Magistrate Judge

and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the

undersigned district judge is of the opinion that the findings and conclusions of the

magistrate judge dated November 5, 2013 (docket entry 16) are correct, and they are

accepted as the findings and conclusions of the court.

Plaintiff's first amended motion to remand, filed April 12, 2013 (docket entry

11) is **DENIED**.  Since the parties have agreed that the plaintiff will file an amended

complaint as allowed by the recommendation by January 6, 2014 (*see* docket entries 24 and 25), defendant Ocwen Loan Servicing, LLC's motion for partial dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6), filed March 19, 2013 (docket entry 5), is **DENIED** as moot.  This action will now proceed on the amended complaint.

　　　**SO ORDERED**.

December 16, 2013.

_____
**A. JOE FISH**
**Senior United States District Judge**