UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAY LUCAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:13-CV-1057-G (BH) |
| OCWEN HOME LOAN SERVICING, | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the

findings, conclusions, and recommendation of the United States Magistrate Judge

and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the

undersigned district judge is of the opinion that the findings and conclusions of the

magistrate judge are correct and they are accepted as the findings and conclusions of

the court.

The plaintiff's motion for default judgement and to proceed to jury for damages, filed April 9, 2015 (docket entry 52), is **DENIED** and the defendant's motion for leave to file answer, filed April 9, 2015 (docket entry 53), is **GRANTED**.

**SO ORDERED**.

May 7, 2015.

_____
**A. JOE FISH**
**Senior United States District Judge**